ACCEPTED
09-17-00411-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 3:00 PM
CAROL ANNE HARLEY
CLERK

In The

### Ninth Court of Appeals

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 3:00:42 PM
CAROL ANNE HARLEY
Clerk

No. 09-17-00411-CV

JUAN HERNANDEZ II, Appellant

V.

GINA KAY JOHNSON, Appellee

==============================================================

On Appeal from the 284th Judicial District Court
Montgomery County, Texas
Trial Court Cause No. 17-03-03674-CV

==============================================================

## APPELLANT'S MOTION TO EXTEND TIME TO FILE CLERK'S RECORD

Appellant Juan Hernandez II and his attorney of record, Thomas E. Ross, file this Motion to Extend Time to File Clerk's Record and in support of such motion show unto the Court the following:

1. The Clerk's Record is due on December 12, 2017.

2. The Clerk's Record has been ordered and is ready and Appellant paid for it today so it should be filed in the next few days.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this extension of time to file Clerk's Record.

Respectfully submitted,

/S/ Thomas E. Ross

- 1 -

Thomas E. Ross
State Bar No. 17301900
440 Louisiana, Suite 1550
Houston, Texas 77002
Tel 713-951-9008
Fax 713-222-0438
tomross@wt.net

## **CERTIFICATE OF SERVICE**

I certify that a copy of this Motion to Extend Time to file clerk's Record was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure as follows:

Party:                          Gina Kay Johnson

Attorney of Record:      Jay M. Wright

Address of Attorney:    204 West Davis Street
                                Conroe, Texas 77301

Method of Service:      Email:  jaywrightatty@hotmail.com

Date of Service:          December 12, 2017

/s/Thomas E. Ross
Thomas E. Ross